# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:                                                                         CASE NO.: 20-13246-BKC-LMI
                                                                               PROCEEDING UNDER CHAPTER 13

KEVIN ROB GONZALEZ
CHRISTINE ABBIOLA CHARLES

DEBTORS_____/

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

    **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

    **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on   JANUARY 11, 2021   .

                                                NANCY K. NEIDICH, ESQUIRE
                                               STANDING CHAPTER 13 TRUSTEE
                                               P.O. BOX 279806
                                               MIRAMAR, FL  33027-9806

                                               By:/s/ _____
                                               ☐ Kenia Molina, Esq.
                                                   FLORIDA BAR NO: 0085156
                                               ☐ Amy Carrington, Esq.
                                                   FLORIDA BAR NO: 101877
                                               ☒ Jose Ignacio Miceli, Esq.
                                                   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 20-13246-BKC-LMI

# CERTIFICATE OF SERVICE

## COPIES FURNISHED TO:

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTORS**
KEVIN ROB GONZALEZ
CHRISTINE ABBIOLA CHARLES
240 NW 25TH ST
# 723
MIAMI, FL  33127-4330

**Via Electronic Service:**
**ATTORNEY FOR DEBTORS**
JOSE PAGAN, ESQUIRE
1 NE 2ND AVE
SUITE 200
MIAMI, FL  33132-2532

```
12/10/2020 THU 15:04        FAX 9544434452             CH13MIAMI_FAX                    @001
```

```
                    ********************
                    *** FAX TX REPORT ***
                    ********************

                    TRANSMISSION OK

        JOB NO.                      1369
        DESTINATION ADDRESS          13055038557
        SUBADDRESS
        DESTINATION ID
        ST. TIME                     12/10 15:04
        TX/RX TIME                   00'36
        PGS.                         1
        RESULT                       OK
```

## OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
TELEPHONE: (954) 443-4402
FACSIMILE: (954) 443-4452

December 10, 2020

JOSE PAGAN, ESQUIRE
1 NE 2ND AVE
SUITE 200
MIAMI, FL 33132-2532

Case: 20-13246-BKC-LMI                    RE: KEVIN ROB GONZALEZ
                                              CHRISTINE ABBIOLA
                                              CHARLES

Dear JOSE PAGAN, ESQUIRE

More than thirty days have passed since the claims bar date on June 12, 2020. You have failed to file the Notice of Compliance by Attorney for Debtor required by Local Rule 2083-1(B) Claims Review Requirement, also know as Local Form 76.

The scope of the review required states: "Not later than 21 days after expiration of the claims bar date, the attorney shall examine, from records maintained by the clerk, the claims register and all claims filed in the case to determine whether additional action is necessary, including the filing and service in accordance with all applicable rules of: (a) an amended plan if the plan has not been confirmed; (b) a motion to modify the confirmed plan; (c) objections to nonconforming claims." Local Rule 2083-1(B)(1)

You must file a Local Form 76 within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case

Very truly yours,

Claims Administrator